IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00710-MSK-MJW

YVONNE CLEMMONS and LUTHER CLEMMONS,

Plaintiffs,

v.

FOREST CITY COMMERCIAL MANAGEMENT INC. d/b/a FC STAPLETON II, LLC,

Defendant.

---

### ORDER GRANTING DEFENDANT FOREST CITY'S MOTION TO VACATE SETTLEMENT CONFERENCE AND REQUEST FOR STATUS CONFERENCE
( Docket No 16 )

---

THIS MATTER, having come before the Court, the Court having received and reviewed Defendant Forest City's Motion to Vacate Settlement Conference and Request for Status Conference and the file, having considered said Motion and being fully advised in the premises, the Court hereby

**ORDERS** that Defendant Forest City's Motion to Vacate Settlement Conference and Request for Status Conference is granted. The Settlement Conference set for September 17, 2009 is hereby vacated and is to be reset for another date at the convenience of the Court. It is further ordered that a Status Conference will be held on September 17, 2009, At 10:00 A.M.

DATED this \_\_\_\_1st\_\_\_\_ day of \_\_\_September\_\_\_, 2009.

BY THE COURT:

_____
~~District Court Judge~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

2

00378741.DOC