IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00710-MSK-MJW

YVONNE CLEMMONS and LUTHER CLEMMONS,

   Plaintiffs,

v.

FOREST CITY COMMERCIAL MANAGEMENT INC. d/b/a FC STAPLETON II, LLC,

   Defendant.

---

## ORDER GRANTING DEFENDANT FOREST CITY'S
## UNOPPOSED MOTION TO AMEND CASE CAPTION
( Docket No. 23 )

**THIS MATTER**, having come before the Court, the Court having received and reviewed Defendant Forest City's Unopposed Motion to Amend Case Caption and the file, having considered said Unopposed Motion to Amend Case Caption and being fully advised in the premises, the Court hereby

**ORDERS** that Defendant Forest City's Unopposed Motion to Amend Case Caption is granted. The caption in the above referenced matter is hereby amended to state the name of the proper party Defendant, FC Stapleton II, LLC, and delete the reference to Forest City Commercial Management, Inc.

**DATED** this _____ 9 TH _____ day of _____ October _____, 2009.

BY THE COURT:

_____
District Court Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

00382745.DOC

2