# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**   09-cv-00710-MSK-MJW         FTR - Courtroom A-502

**Date:**  February 24, 2010                      Courtroom Deputy, Cathy Coomes

*Parties*                                         *Counsel*

YVONNE CLEMMONS, and                              Jerold Hart
LUTHER CLEMMONS,

    Plaintiff(s),

v.

FC STAPLETON II, LLC,                             Sonja S. McKenzie
                                                  Courtney B. Kramer
    Defendant(s).

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   **TELEPHONIC MOTION HEARING**
**Court in session:**   1:31 p.m.
Court calls case. Appearances of counsel. Sonja McKenzie and Courtney Kramer appear by telephone.

The Court raises Defendant's Motion for Partial Protective Order Related to 30(b0(6) Deposition [Docket No. 34, Filed February 22, 2010] for argument.

Discussion between the Court and counsel regarding the motion.

Mr. Hart requests an extension of time to respond to Defendant's Motion for Summary Judgment [Docket No. 31, filed February 10, 2010] and is directed by the Court to file a written motion on the issue.

The Court states the findings of fact and conclusions of law.

**It is ORDERED:**   Defendant's Motion for Partial Protective Order Related to 30(b0(6) Deposition [Docket No. 34, Filed February 22, 2010] is GRANTED in part and DENIED in part as stated on the record. Each party will be required to pay their own attorney fees and costs.

Discussion regarding extending the discovery cutoff date to complete the 30(b)(6) depositions.

**It is FURTHER ORDERED:**   The discovery cutoff is extended to **March 12, 2010,** for the limited purposes of completing the 30(b)(6) depositions.

Hearing concluded.
**Court in recess:**   2:04 p.m.
Total In-Court Time:   00:33

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or Toll Free 1-800-962-3345.   FAX (303) 893-8305        www.AveryWoods.net