IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 09-cv-00710-MSK-MJW | FTR - Courtroom A-502 |
| **Date:** May 20, 2010 | Courtroom Deputy: J. Chris Smith |
| YVONNE CLEMMONS and<br>LUTHER CLEMMONS,<br>    Plaintiffs | Jerold Hart by telephone. |
| v. | |
| FC STAPLETON II, LLC.,<br>    Defendant. | Courtney B. Kramer by telephone. |

## COURTROOM MINUTES / MINUTE ORDER

**Telephonic Hearing on Motions for Sanctions**

**8:34 a.m.**     **Court in session**.

Court calls case. Appearances of counsel by telephone.

8:36 a.m.     Argument by Mr. Hart [44].

8:58 a.m.     Counsel answer questions ask by the Court.

**Court's findings and conclusions on the motion** (as stated on record)**:**

Plaintiffs were provided a notice of Clarence Rostad and Staci Perkins during the Rule 26 (a) (1) disclosures [44-2].

No evidence by plaintiff that Ms. Perkins was actually employed by the defendant, defendant provided information, and plaintiff could've sought additional information.

Deposition of Mr. Mascoto was taken by Mr. Hart with the inspection report (no prejudice). Plaintiffs received a copy of the 9/27/2007 invoice from Orion Specialty Contractors and had plenty of time to serve and depose representative.
No evidence that work done by Steve Braun Construction was close to where accident occurred (not relevant), no evidence Brian Carver and Scott Michael had personal knowledge (not relevant to dispute) and Mr. Blue was disclosed and no proffer made by plaintiff.

**ORDERED:**     Plaintiffs' Motion for Sanctions, filed April 19, 2010 [44], is denied and each party to pay their own attorney fees and costs.

Counsel may meet and confer regarding the original and copy of the inspection report. If there is a material difference an appropriate motion is permitted.

**9:22 a.m.**     **Court in recess.**   Hearing concluded. Total in-court time: 48 min.

To order a transcript of this proceedings, contact Avery Woods Reporting Service.
(303) 825-6119     Toll Free 1-800-962-3345.     FAX (303) 893-8305     www.AveryWoods.net