IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-00710-MSK-MJW

YVONNE CLEMMONS, et al

Plaintiff(s),

v.

QUEBEC SQUARE SPE, LLC,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Unopposed Motion to Amend Case Caption (Docket No. 78) is GRANTED.  The caption in this matter is hereby amended to state the name of the proper party Defendant, Quebec Square SPE, LLC, and delete the reference to FC Stapleton II, LLC.

Date: August 1, 2012