**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:  Patricia Glover              Date: August 14, 2012
Court Reporter:    Tamara Hoffschildt

Civil Action No.  09-cv-00710-MSK-MJW

*Parties*:                                      *Counsel Appearing:*

YVONNE CLEMMONS and                             Jerold Hart
LUTHER CLEMMONS,

    Plaintiffs,

v.


QUEBEC SQUARE SPE, LLC,                         Sonja McKenzie
                                                Courtney Kramer
    Defendant.

---

### COURTROOM MINUTES

---

HEARING:   Final Pretrial Conference.

**4:04 p.m.     Court in session.**

Parties are present.

The Court addresses the parties Renewed Motion for 702 hearing **(Doc. #79).**

Statements from counsel.

**ORDER:**   Renewed Motion for 702 Hearing **(Doc. #79)** is **GRANTED**. The evidentiary hearing is set on **October 10, 2012 at 9:00 a.m.**, and a five (5) day jury trial is set to commence on **October 15, 2012 at 1:30 p.m.**, all in Courtroom A901, 901 19th Street, Denver, CO. All subsequent days of trial will begin at 8:30 a.m., unless counsel are advised otherwise.

Courtroom Minutes
Judge Marcia S. Krieger
Page Two

Review of the proposed final pretrial order.

**ORDER:**    Pertinent to trial process: Each side will be alloted 10.5 hours of time to use however they wish (openings/closings, evidence presentation). The time will be tracked on the chess clock by the Courtroom Deputy.

**ORDER**:    Motions in Limine, or any other motions, proposed jury instructions and proposed *voir dire* will be filed by **August 28, 2012.** Response time to any motions will be 7 days. Exhibits will be exchanged between the parties no later than 2 weeks before trial.

**4:35 p.m.**    **Court in recess**
**4:44 p.m.**    **Court in session**

The Court addresses the parties.

The parties have no objection to the jury taking notes.

**5:01 p.m.**    **Court in recess.**

**Total Time:    48 minutes.**
**Hearing   concluded.**